CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLES OLIVEIRA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant. | CIVIL NO. 4:25-cv-08710-HSG<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR; ORDER |

　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the Administrative Law Judge to:

- Further evaluate the medical opinion evidence of record;
- Fully comply with the prior Appeals Council order regarding the evaluation of the medical opinions including the opinions of Drs. Catlin and Wiebe;

Stip. to Remand, [4:25-cv-08710-HSG]　　　　　　　　1

- Reconsider the claimant's residual functional capacity;
- Offer the claimant the opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: December 19, 2025        By: /s/ Yasamin Elahi-Shirazi
                                YASAMIN ELAHI-SHIRAZI
                                (as authorized by email)
                                Attorney for Plaintiff

Dated: December 19, 2025        CRAIG H. MISSAKIAN
                                United States Attorney

                                MATHEW W. PILE
                                Head of Program Litigation 1

                                By: /s/ Erin Highland
                                ERIN HIGHLAND
                                Special Assistant U.S. Attorney
                                Social Security Administration
                                Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE: 12/19/2025

THE HONORABLE HAYWOOD S. GILLIAM JR.
United States District Judge